# MEMORANDUM DECISIONS.

APPELL, Respondent, v. STEMMLER, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Jacob Appell against Theodore W. Stemmler. Douglas & Minton, for appellant. Albert J. Appell, for respondent. No opinion. Judgment affirmed, with costs, upon argument. See 27 N. Y. Supp. 1128.

ATLANTIC AVE. R. CO. v. LONG ISLAND R. CO. et al. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by the Atlantic Avenue Railroad Company against the Long Island Railroad Company and others. No opinion. Judgment affirmed, with costs.

ATLANTIC AVE. R. CO. OF BROOKLYN v. LONG ISLAND R. CO. et al. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by the Atlantic Avenue Railroad Company of Brooklyn against the Long Island Railroad Company and the New York Rockaway Beach Railroad Company.

PER CURIAM. The opinion of the judge who tried this cause discloses sufficient grounds to justify the judgment which was rendered. Affirmed.

BACHRACH et al., Appellants, v. LEVY, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Solomon Bachrach and others against Rachel Levy, impleaded. No opinion. Order affirmed, with $10 costs and disbursements, and with leave to renew application as matter of favor to be relieved from judgment as inadvertently entered.

BAHR v. EDISON GENERAL ELECTRIC CO. (Supreme Court, General Term, Third Department. February 26, 1895.) Action by Henry Bahr against the Edison General Electric Company. No opinion. Order reversed. motion to open default and vacate judgment granted, with $10 costs of this appeal, and printing and other disbursements.

BAILEY, Appellant, v. CROWELL, Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Samuel L. Bailey against Ellen A. Crowell, as receiver. A. J. Moore, for appellant. Wm. S. Lewis, for respondent.

PER CURIAM. The return bears record of the fact that an assignment to the landlord in this proceeding of the lease from Becar et al. to Gano was received in evidence on behalf of the plaintiff. We fail to find such exhibit annexed to the return, and are unable to satisfactorily determine this appeal in the absence of a complete record. Reargument ordered for February additional general term, return to be amended meanwhile.

BARTELS, Respondent, v. FISCHER et al., Appellants. (City Court of Brooklyn, General Term. February 25, 1895.) Action by Herman B. Bartels against Benedickt Fischer and others. W. W. Fletcher and H. Huffman Browne, for appellants. Robert Goeller, for respondent.

PER CURIAM. The defendants, at the close of the case, moved to dismiss the complaint, on the ground that there was no proof of value at the date of trial. This motion was properly denied, as the plaintiff was entitled, in any event, to a valuation of six cents. We have carefully examined the record, and conclude that the testimony given at folios 99 and 100 was sufficient to justify the jury in finding that the value of the property at the trial was substantially the same as at the taking. It was not in the power of the plaintiff to examine the goods, for they had been in possession of the defendants, and, no doubt, had been scattered. The testimony given at folio 356 was properly admitted, for the reason given at the trial. We have examined the points of the counsel for appellants, and can find no ground to justify a reversal of the judgment. Judgment and order denying new trial affirmed, with costs.

BEEKMAN et al., Appellants, v. VAN DOLSEN, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Gerard Beekman and another against Susan Van Dolsen. C. Norwood, for appellants. W. Mitchell, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 24 N. Y. Supp. 414.

BELASCO v. FAIRBANK et al. (Supreme Court, General Term, First Department. February 15, 1895.) Action by David Belasco against N. K. Fairbank and others. Dittenhoefer, Gerber & James, for Belasco. Deming & Walradt, for Fairbank and others. No opinion. Motion denied, with $10 costs. See 29 N. Y. Supp. 1140.

BERRY HARVESTER CO., Appellant, v. WALTER A. WOOD MOWING & REAPING MACH. CO., Respondent. (Supreme Court, General Term, Third Department. February 12, 1895.) No opinion. Judgment affirmed, with costs.

BIENENSTOK et al., Respondents, v. AMMIDOWN et al., Appellants. (Superior Court of New York City, General Term. January 21,

1895.) Action by Siegfried Bienenstok and others against Edward H. Ammidown and others. McFarland & Parkin (W. W. McFarland, of counsel), for appellants. Blumenstiel & Hirsch (A. Blumenstiel, of counsel), for respondents.

PER CURIAM. The judgment is affirmed, with costs, on the opinion of the court below. 29 N. Y. Supp. 593.

BIRCH et al., Appellants, v. LOYD, Respondent. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Birch and another against Loyd. John G. Van Etten, for appellants. John C. R. Taylor, for respondent.

DYKMAN, J. There are three appeals in this case,—one from the judgment entered upon the verdict in favor of the defendant after a trial at the circuit, one from the order denying a motion for a new trial upon the minutes of the court, and one from an order denying a motion for a new trial on the ground of newly-discovered evidence,—and the appeals are all entirely destitute of merit. Justice has been done, and the judgment and order denying the motion for a new trial on the minutes should be affirmed, with costs, and the order denying the motion for a new trial upon newly-discovered evidence should be affirmed, with $10 costs and disbursements, without an opinion.

BLACKMAN v. RILEY, Respondent (DORLAND, Appellant). (Supreme Court, General Term, First Department. February 15, 1895.) Action by John E. Blackman against Charles Riley and Jane A. Dorland. E. T. Rice, for appellant. Thos. Darlington, for respondent, Charles Riley. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to renew upon new papers on payment of costs.

BLAKE. Respondent, v. BOLTE, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Israel O. Blake against Herman Bolte. J. P. Nieman, for appellant. Philip Carpenter, for respondent. No opinion. Motion for reargument. Motion granted. See 31 N. Y. Supp. 124.

BLOOMINGDALE et al., Respondents, v. STEUBLING, Appellant. (City Court of New York, General Term. March 19, 1895.) Action by Joseph B. Bloomingdale and others against Henry Steubling. Moses Weinman, for appellant. Charles J. Hardy, for respondents. No opinion. Order affirmed, on opinion of FITZSIMONS, J., at special term.

BLUMENTHAL v. EXINER. (City Court of New York, General Term. March 19, 1895.) Action by Isidor Blumenthal against Zacharias Exiner. Gilleran & Ford, for appellant. Steuer & Rosenthal, for respondent.

EHRLICH, C. J. The question involved was whether the defendant made the promissory notes sued upon. This was submitted to the jury, on conflicting evidence, and, their finding thereon being satisfactorily sustained by the proofs, the judgment and order appealed from must be affirmed, with costs.

BOYDEN, Respondent, v. BALDWIN et al., Appellants. (City Court of New York, General Term. March 19, 1895.) Action by Frederick A. Boyden against Austin P. Baldwin and others. Seward, Guthrie, Morawetz & Steele, for appellants. Samuel G. Adams, for respondent.

EHRLICH, C. J. The action is to recover commissions on the sale of certain goods, under a contract made with the defendants whereby they agreed to pay the plaintiff a commission of 10 per cent. on all sales procured by him; this commission to continue on all purchases by parties the plaintiff had introduced, and who should continue to buy of the defendants. The facts constituting the plaintiff's cause of action were clearly proven, and the verdict was properly directed in his favor. Judgment affirmed, with costs.

In re BREWSTER. (Supreme Court, General Term, First Department. March 15, 1895.) No opinion. Judgment affirmed, with $10 costs and disbursements.

BRITTON, Appellant, v. HENDERSON, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by George F. Britton against Kate C. Henderson. S. H. Randall, for appellant. H. C. M. Ingraham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRYANT, Appellant, v. BOWERY SAV. BANK, Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by J. Wilson Bryant against the Bowery Savings Bank. J. Wilson Bryant, in pro. per. Norward J. Dilley, for respondent. No opinion. Judgment affirmed, with costs, upon argument.

In re BUFFALO MUTUAL GASLIGHT CO. (Supreme Court, General Term, Fifth Department. October, 1894.) Application of the Buffalo Mutual Gaslight Company for an order directing the board of supervisors of Erie county to correct the assessment roll of the Third ward in the city of Buffalo for 1893. No opinion. Order appealed from affirmed, with costs, on the authority of In re Douglas, 48 Hun, 318, 1 N. Y. Supp. 126.

BURNS, Respondent, v. WALSH, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Edward Burns against Augustine Walsh. No opinion. Motion for reargument denied, with $10 costs. See 31 N. Y. Supp. 788.

CALDWELL, Respondent, v. MUTUAL RESERVE FUND LIFE ASS'N, Appellant. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Dimont M. Caldwell against the Mutual Reserve Fund Life Association. F. A. Burnham, for appellant. Herman Aaron, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.